**Kathleen A. McCallister**
**Chapter 13 Trustee**
**P.O. Box 1150**
**Meridian, ID 83680**
**(208) 922-5100 - Telephone**
**(208) 922-5599 - Facsimile**
**kam@kam13trustee.com**

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

IN RE:

BRIAN LEIGH MILLER
HAYLEY DAWN MILLER,

Debtors.

CHAPTER 13

CASE NO.  18-40362-JMM

---

### Notice of Motion to Dismiss and Opportunity to Object and for a Hearing

**No Objection.**  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen [14] days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

**Hearing on Objection.**  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

---

### TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO COMPLY WITH THE COURT'S ORDER

NOW COMES Kathleen A. McCallister, the standing Chapter 13 Trustee for the United States Bankruptcy Court for the District of Idaho, pursuant to 11 U.S.C. § 1307(c) hereby moves to dismiss this case for "cause" including the following:

1.  The Debtors filed a voluntary petition for relief under Chapter 13 on April 30, 2018. The Debtors' confirmed plan does not pay unsecured creditors 100% of their allowed claims.

2. Debtors filed a motion to modify the confirmed plan on July 31, 2019.Trustee objected on August 17, 2019 and the matter was resolved by an agreed order modifying the plan which was approved and entered by the court on October 9, 2019, docket no. 74.

3.  Pursuant to the order entered October 9, 2019, docket no. 74, "Debtors will provide proof on a quarterly basis of Mrs. Miller's income from her employment and that they are paying childcare and education expenses averaging $486 per month. Proof of income and childcare/education expenses will commence in October 2019 for July – September of 2019 and then each quarter thereafter with the final documentation due at plan completion. Proof of childcare/education expenses will need to be copies of cancelled checks or bank statements showing funds being transferred to Lighthouse Christian School. Trustee will no accept handwritten receipts for cash as proof of paying these expenses. If Debtors' son ceases attending private school, then Schedule J must be amended within 45 days of Debtors no longer paying his tuition."

4.  The Trustee's office contacted Debtor's counsel to remind them of the need to provide the first quarterly proof of income and childcare expenses on October 30, 2019. No response has been received and Debtors have failed to turnover the required documentation.

5.  Debtors have failed to comply with the court's order entered October 9, 2019.

WHEREFORE, the Trustee respectfully requests that the Debtors' case be dismissed pursuant to 11 U.S.C. § 1307(c)(6) or for such other relief as this Honorable Court deems reasonable and fair.

DATED:  November 14, 2019

/s/  Kathleen McCallister
**Kathleen McCallister, Trustee**

<u>**CERTIFICATE OF SERVICE**</u>

**I HEREBY CERTIFY** that on November 14, 2019, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

Office of the U.S. Trustee
ustp.region18.bs.ecf@usdoj.gov

John O Avery
Attorney at Law
joa@averylaw.net

**AND I FURTHER CERTIFY** that on such date I served the foregoing on the following non CM/ECF Registered Participants in the manner indicated:

Via first class mail, postage prepaid addressed as follows:

Brian Leigh Miller
Hayley Dawn Miller
269 Teton St
Twin Falls, ID 83301

   /s/  Matthew Mallard
**Matthew Mallard, Case Administrator**